COUNTY OF CARTERET v. LONG

[349 N.C. 285 (1998)]

COUNTY OF CARTERET v. CURTIS L. LONG; RICHARD RICHARDSON AND WIFE, ARLETHA RICHARDSON; THE STATE OF NORTH CAROLINA (LIENOR)

No. 87A98

(Filed 6 November 1998)

**Taxation § 208 (NCI4th)— state tax lien—priority over ad valorem tax lien**

State tax liens are superior to local ad valorem tax liens when they are docketed in the office of the county clerk of court prior to the date the ad valorem tax liens are perfected by operation of law.

Appeal by defendant-State pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 128 N.C. App. 477, 495 S.E.2d 391 (1998), affirming a judgment for plaintiff entered by Waddell, J., on 26 September 1996 in District, Carteret County. Heard in the Supreme Court 12 October 1998.

*Bevin W. Wall for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by George W. Boylan, Special Deputy Attorney General, for the defendant-appellant State of North Carolina.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion by Judge Greene.

REVERSED.

Justice WYNN did not participate in the consideration or decision of this case.